UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
              -v-                                         :               22-MJ-9171-2 (UA)
:
SHAMAR DUDLEY,                                            :               ORDER
:
                      Defendant.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On Friday, December 16, 2022, the Court heard the Government's appeal from the December 15, 2022 ruling of Magistrate Judge Cott granting Defendant Shamar Dudley bail subject to certain conditions set forth at ECF No. 13.  As stated on the record, the Court agreed with Magistrate Judge Cott and adopted the same conditions.  The Court stayed its ruling until noon yesterday to allow the Government to decide whether to take an appeal, but the stay has now expired.

      SO ORDERED.

Dated: December 20, 2022
       New York, New York
                                                                    JESSE M. FURMAN
                                                          United States District Judge
                                                                    PART ONE