USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    -v-

Shamar Dudley,

                          Defendant.

22 Mag. 9171

**ORDER**

**JAMES L. COTT, United States Magistrate Judge**.

In light of the Government's letter dated December 21, 2022, which is being filed under seal, the Court directs that Mr. Dudley be detained until further order of the Court.  Counsel for the Defendant is directed to respond to the Government's letter no later than 5 p.m. today.

       **SO ORDERED.**

Dated: December 21, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge