UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :

                                                              :      ORDER
                -v.-

                                                                :      22 Mag. 9171

SHAMAR DUDLEY,                                 :

                Defendant.              :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court is in receipt of letters dated today from the Government and the defendant relating to the bail conditions in this matter. The Court will hold a bail review hearing on December 23, 2022, at 11:00 a.m. The Government shall order the production of the defendant for that hearing. In addition, the Government shall make available to the Court and defendant's counsel in advance of the hearing, if possible, any audio recording that was made of the telephone call that is the subject of the letter. The Court will not require the testimony of any witness, though if a witness voluntarily seeks to testify and attends the hearing, the Court will decide at that time whether the Court will hear from the witness.

SO ORDERED.

Dated:  December 21, 2022
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge